NUMBER 13-07-00375-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

LAMAR CASTANEDA, Appellant,


v.



GREEN TREE SERVICING LLC, Appellee.

_____________________________________________________________


On appeal from the 332nd District Court 


of Hidalgo County, Texas
.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellant, Lamar Castaneda, attempted to perfect an appeal from an order entered
by the 332nd District court of Hidalgo County, Texas, in cause no. C-3034-05-F. Upon
review of the documents before the Court, it appeared that the order from which this
appeal was taken was not a final appealable order. The Clerk of this Court notified
appellant of this defect so that steps could be taken to correct the defect, if it could be
done. See Tex. R. App. P. 37.1, 42.3. Appellant was advised that, if the defect was not
corrected within ten days from the date of receipt of this notice, the appeal would be
dismissed for want of jurisdiction. Appellant's response to the Court's notice fails to
establish that this Court has jurisdiction over the appeal. 

 On August 8, 2007, the Clerk of this Court further notified appellant that he was
delinquent in remitting a $125.00 filing fee due in our Court for the filing of the notice of
appeal on June 11, 2007. Appellant had previously been notified that this filing fee was
due. The Clerk informed appellant that the appeal was subject to dismissal because
appellant had failed to comply with this Court's previous notice regarding the filing fee in
this matter, and informed him that the appeal would be dismissed if the filing fee was not
paid within 10 days from the date of receipt of this notice. Nevertheless, appellant has
failed to pay the required fees as directed by the Clerk of the Court.

 The Court, having considered the documents on file, appellant's failure to correct
the defect in this matter and his failure to pay required fees, is of the opinion that the
appeal should be dismissed. See id. Accordingly, the appeal is DISMISSED. See id.
42.3(a),(c). 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 26th day of June, 2008.